IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
NO. 14-4289

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>      Appellee, )<br>)<br>   v. )<br>)<br>TRACY DEWAYNE ANDREWS, JR., )<br>)<br>      Appellant. )<br>_____) | **MOTION TO SEVER and**<br>**TO DECONSOLIDATE** |

Appellant, Tracy Dewayne Andrews, Jr., through counsel moves this Honorable Court to sever his case from the consolidated case of U.S. v. Shamika Chantay Clinkscale, No. 14-4328 and U.S. v. Jarmarphio Shantez Moose, No. 14-4391. Undersigned counsel moves for severance in that the co-defendants do not have identified issues, but after good faith review, counsel can find no appellate issues for review, and submits the case for review under Anders v. California, 386 U.S. 738 (1967).

Upon information and belief, counsel believes this case to be subject to Anders and co-counsel for Moose (No. 14-4391) and Clinkscale (14-4328) may be also filing Anders briefs.

Based on the foregoing, Appellant Andrews, by and through counsel prays the Court enter an Order severing or deconsolidating his case from the remaining consolidated cases (No. 14-4391 and No. 14-4328).

This the 18th day of August, 2014.

        Respectfully submitted,

        /s/ Robert L. McClellan
        Robert L. McClellan
        NCSB# 8385

        IVEY, McCLELLAN, GATTON &
        TALCOTT, L.L.P.
        100 South Elm Street
        Post Office Box 3324
        Greensboro, North Carolina 27402
        Phone: (336) 274-4658
        E-mail: rlm@imgt-law.com

        Attorney for Defendant-Appellant,
        Tracy Dewayne Andrews, Jr.

**CERTIFICATE OF SERVICE**

    I hereby certify that on this the 18th day of August, 2014, I caused this **MOTION TO SEVER AND TO DECONSOLIDATE** to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

    Terry Michael Meinecke, AUSA
    United States Attorney's Office
    P.O. Box 1858
    Greensboro, NC 27401

    *Counsel for Appellee*

    Stacey Dawn Rubain, Esq.
    Quander & Rubain
    Winston Tower
    301 N. Main Street, Suite 2020
    Winston-Salem, NC 27101

    *Counsel for Appellant Clinkscale*

    Lisa S. Costner, Esq.
    407 Summit Street
    Winston-Salem, NC 27101

    *Counsel for Appellant Moose*