IN THE UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| SHAMIKA CHANTAY CLINKSCALE, | : | Case No. 14-4328 |
| | : | |
| Defendant. | : | |
| _____ | : | |

## **MOTION TO SEVER AND DECONSOLIDATE**

NOW COMES Appellant Shamika Chantay Clinkscale, by and through the undersigned counsel, and hereby moves this Honorable Court for the entry of an Order deconsolidating the above-captioned matter from *United States v. Tracy Dewayne Andrews, Jr.*, No. 14-4289, and United States v. Jarmaphio Shantez Moose, No. 14-4391. In support of said Motion, the undersigned states that after a review of the entire record, the undersigned has not identified any appellate issues for review, and intends to submit a brief in accordance with *Anders v. California,* 386 U.S. 738 (1967). Additionally, the undersigned counsel has conferred with counsel for Mr. Andrews (No. 14-4289) and Mr. Moose (14-4391), and believes that *Anders* briefs will be submitted on their behalf.

WHEREFORE, based upon the foregoing, Appellant Shamika Chantay Clinkscale, by and through the undersigned counsel, respectfully requests that this Honorable Court issue an Order

deconsolidating her appeal in the above-captioned matter from the consolidated appeals of *United States v. Tracy Dewayne Andrews, Jr.*, No. 14-4289, and United States v. Jarmaphio Shantez Moose, No. 14-4391.

Respectfully submitted this the 18th day of August, 2014.

/s/ Stacey D. Rubain
STACEY D. RUBAIN
Attorney for Appellant Shamika Chantay Clinkscale
NSCB # 26690
301 N. Main Street, Suite 2020
Winston-Salem, NC  27101
Telephone:  (336) 725-6600
Email: stacey@qrlawnc.com

IN THE UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| SHAMIKA CHANTAY CLINKSCALE, | : | Case No. 14-4328 |
| | : | |
| Defendant. | : | |
| _____ | : | |

**CERTIFICATE OF SERVICE**

I, Stacey D. Rubain, do hereby certify that on this date I filed a copy of the foregoing MOTION TO SEVER AND DECONSOLIDATE on the opposing parties in the above-captioned matter, with the Clerk of Court using the CM/ECF Filing System, which will automatically send notification of such filing to the following individuals: Assistant United States Attorney Terry Meinecke, at [terry.meinecke@usdoj.gov](mailto:terry.meinecke@usdoj.gov), Robert L. McClellan, at rlm@imgt-law.com , and Lisa S. Costner, at [costner1@triad.rr.com](mailto:costner1@triad.rr.com).

This the 18th day of August, 2014.

/s/ Stacey D. Rubain
STACEY D. RUBAIN
Attorney for Appellant Shamika Chantay Clinkscale
NSCB # 26690
301 N. Main Street, Suite 2020
Winston-Salem, NC  27101
Telephone:  (336) 725-6600
Email: [stacey@qrlawnc.com](mailto:stacey@qrlawnc.com)